# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

Consular General Taj Tarik Bey

**-FILED-**

**JUL 15 2020**

At ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# Notice Of Public Records Status Correction
## International Document

**1:20CV261**

26 Shaban 1441 MCY [20 April, 2020 CCY]

For the Record, To Be Read Into The Record

Notice to Agent is Notice to Principle – Notice to Principal is Notice to Agent.

This International Correspondence and Public Notice is hereby presented and forwarded to you relative to the 'Corrected Appellation and Proclaimed Nationality, which affirms the political status and allegiance to my Ancestral Estate and Ancient Principles of Government, in harmony with the American Constitution 1791.

You are hereby given honorable Notice. This correction is made in accord with the Five Principles of Amare [Love], Veritas [Truth], Pax [Peace], Libertas [Freedom] and Iustitia [Justice], exercising my Natural Substantive Rights and Religious Heritage; is self-executing.

This Declaration and Proclamation also stands as verification that I, A'zaam Walee Bey sent verification of my status correction to the Moorish American Consulate and the record number is MACG000000222.

Attached is the Lawful Notice! Name Declaration, Correction Proclamation and Publication and the International Judicial Notice and Proclamation.

In Honor Always,

I Am: _____

Izil Amerea El, In Propria Persona, Sui Heredes
Consul of Great Lakes Amexem, Northeast Amexem Territory
Flesh and Blood Being, Omnia Iura Reservantis
Without Recourse, With Prejudice, Northwest Amexem

*"Amen, dico vobis, quæcumque alligaveritis super terram erunt ligata et Ego in caelo et terram erunt soluta et in caelo"*

**UPLIFTING FALLEN HUMANITY**
www.moorishamericanconsulate.org   –   moorishamericanconsulate@gmail.c
c/o P.O. Box 127, Vineland, New Jersey 08362