

**FILED**
JUL 15 2020
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**1:20CV261**

# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~

### Moorish Divine and National Movement of the World
### Northwest Amexem / Southwest Amexem / Central Amexem / Adjoining Atlantis and Americana Islands
### ~ Temple of the Moon and Sun ~
### The True and De Jure Natural Peoples – Heirs of the Land
### ~ I.S.L.A.M. ~

## - Judicial Notice and Proclamation -

To All Elected, all non-elected and to all appointed United States Republic Officials, Public Servants, and Officers of Trust, etc., doing business as, of, and for the Federal, State, City, and Municipal Governments; including their Personnel, their Contractors, and their other associate Corporate Entities doing business at North America; and to all 'Third Party Interlopers' or Contractors, etc.,: Concerning their Fiduciary Obligations, their Official Oaths, and their Duties enumerated in the American Constitution, adopted for governance of The United States Republic; all Binding Treaties; the Established Law of the Land; and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Publications and Presents:

Upon my Heirship, inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **A'zaam Walee Bey,** being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem *(the Americas)*; standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent *(In My Own Proper Person)* to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

That I, **A'zaam Walee Bey**, Am a Noble of the Al Moroccan Empire *(North America)* In Propria Persona *(my own proper self)*; being Moorish American – an Heir and Descendant of the Ancient Moabites / Moors, by Birthright, by Freehold, by Primogeniture and by Inheritance; being Aboriginal and Indigenous to the Land(s) *(Amexem / Americas)* Territorium Hereditaments of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

The Al Moroccan *(American)* Continents - are the Lands of the Moors; being North America, South America; Central America; including the adjoining Islands *(Americana / Ameru / Al Moroc)*. I have, I acknowledge, I claim and I possess, by the said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Traditions, Customs and Culture; and determining my own political, social, and economic status of the State. I am turning my heart, my allegiance, and my mind back to my Ancient Mothers and Fathers - Moors / Muurs, with cognate honor, and by Divine and Natural Right. Being Moorish Americans, the direct Heirs and Descendants of the Ancient Moabites, we have and possess the Divine and internationally recognized Rights to our Hereditaments and Resources; and proclaim the right to determine our own social, economic and political life and 'Status of the State'; and in harmony with 'International Law'; and with such 'Rights of Claim' being absent of foreign – law threats, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected by any occupying foreign persons to any imposed frauds, 'nom – de – guerre'

*Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' –
Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.*

Page 1 of 8 MACN-A002_Judicial Notice and Proclamation

  



or Color-of-Authority.

*M*oors / *M*oorish *A*mericans / *M*uurs Have, Proclaim and Possess the Unalienable Rights, Substantive Rights, and Birthright - Inheritance to our ancient pedigree traditions and Customs, and the Right of Claim to our Al Moroccan Attributes, Names, and Nationality, substantiated by, and supported by, Nature's Laws, by Divine Law, by Primogeniture, and by the recognized Laws of the Nations of the Earth *(International)*. Being the true, Ancient, Aboriginal / Indigenes and Heirs of the Land *(Amexem / America)* – 'The North Gate', being the *geographical heart-land (Maghrib)* of the Moroccan Empire. Moors / Muurs are the 'De jure' and rightful Freeholders by Birthright, by Inheritance and by Primogeniture Status; and have by those Inherited Rights, Descendible Claims. Note to all Comers, that we *(Heirs of the Land)* Possess the Secured Rights to Travel upon the Lands of our Ancient Fore-Mothers and fore-Fathers; upon the Public Roadways, upon the Byways and upon the Highways of our Continental United States *(relating to the Organic Land)* and absent of the genocidal, fraud – based extortion tributes, and Human Trafficking imposed by foreign 'colored' Inquisitionists, or by their corporation - imposed excise taxation constructs, invented by the racketeering, anti-constitutional, foreign States' Legislators, constructed under *color* and styled to abridge and to steal Substantive Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; Stare Decisis; Res Judicata; and bindingly Affirmed by Articles III, IV and VI of the American Constitution Covenant of 1774 - 1781 A.D. = and Treaty 1200 -1 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. The said American Constitution established the Peoples' 'Supreme Law of the Land' standing upon the principles of moral government to secure the Rights of the People, and to keep limited Government operatives bound and in check by Official Oath, and by Official Bond. Let it be known that: 'Down from the Ancients Ones, *(our Primogenitors)* came the Allodial Isonomi Principles which established the Supreme Law of the Land!'

*E*gypt, *(Hikuptah)* is 'The Capital Empire of the Dominion of Africa'. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites, from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. This includes Algiers, Tunis, Tripoli, Mauritania, and the Americas, with their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis, even unto the present **North America, South America** and **Central America**; and also **Mexico** and the **Atlantis Islands** *(Americana)* before the great earthquake, which caused the great Atlantic Ocean.

*T*he '**Great Seal Pyramid**' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America *(geographical location)*. The Great Pyramid *(equilateral)* is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We, the conscious Heirs, seek, at all times, to be cognizant of the civilization works, instructions, and progressive acts necessary to teach, to preserve and to defend the Nationality and Birthrights of All Moorish Americans *(Al Moroccans),* etc.

*T*he Noble Moors / Muurs *(Heirs Apparent)* are the Natural Members / Citizens of the Ancient Al Moroccan Empire *(North America / 'The North Gate')* and are by civic and social duty, bound to recognize and to support our 'Great Seal' Sovereign Moorish National Federal Government and consanguine Nation of the Natural People. In our relation with others, we command the enforcement of our Al Moroccan Constitution. Thus, such organized communications and Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene

*A*boriginal and *I*ndigenous *P*eoples' Documents: *N*orthwest *A*mexem / *N*orth *A*frica / *N*orth *A*merica / 'The *M*oroccan *E*mpire' – Continental United States: '*T*emple of the *M*oon and *S*un': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page **2** of **8 MACN-A002_Judicial Notice and Proclamation**

   

Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Attributes, Names and Noble Titles, **Ali, El, Bey, Dey,** and **Al.** The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of all Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having pre-existing, vested Constitution and Treaty - secured Rights and Immunities from foreign – corporate TAXATION, and from foreign, Criminal and Civil Jurisdiction by, and of, the colonial Union States Rights Republic *U.S.A., (private corporation and persons)* pursuant to, but not limited to, Divine Right; the United States Republic Supreme Court; International Law; and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

The present Union States Municipal and Civil Laws and Codes imposed upon the Land are a private – law, 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union; limited and bound by Article IV, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four *(1854)*. It governs 'ONLY' the rights and conduct of the alleged "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three *(1863)* Union States Rights Republic, under the Magna Charta *(The Great Charter)*, the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever, the said 'Union States Rights Republic' denies citizenship in the United States Republic *(U.S.A.)* to the Heir descendants of the Moorish Nation in the Western Hemisphere, who have been erroneously referred to, 'branded as' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, Latinos, etc., etc. In addition, the Supreme Court of the United States *(in the landmark case)* of "Dred Scott v. Sandford" 60 US *(19 Howard)* 393 *(1857)* held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Attributes / Names / Noble Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic *(U.S.A.)* jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag *(Standard)* - **Love, Truth, Peace, Freedom,** and **Justice.** The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to all 'FOREIGN ENTITY TAXATION' *(Indigenes Not Taxed)* and maintain a NON– OBLIGATORY respect for the Union States Rights Republic *(U.S.A.),* its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven *(1786 – 87)* - superseded by the Treaty of Eighteen Thirty-Six *(1836);* Resolution 75: Journals of The House of Representatives, adopted for the United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names. Reaffirmations have been made via The United Nations **"Declaration of the Rights of the Child"** General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. *(No, 16)* at 19, U.N. Document A/4354 (1959); The United Nations **"Universal Declarations on Human Rights"** Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; **"Executive Order 13107"**—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple of America Identification Cards, etc.

**Furthermore,** I Assert My full Birthrights - Sovereignty and Substantive Rights and my Right of Claim to all Hereditaments - Being a Sundry Free Moor / Muur and a *(Natural Being)* distinguished from

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page 3 of 8 MACN-A002_Judicial Notice and Proclamation



all and any spurious constructs, created by the foreigners, or by their agencies, pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation *(Ab Antiquo);* The Treaty of Peace and Friendship – 1786 -87 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act *(Union States Army: 1861 -1863);* The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural Peoples and of their Substantive Rights, etc., the following are pertinent and established Supreme Court Decisions, *(Stare Decisis and Res Judicata)* to wit:

1. **T**he Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781:**

2. **T**he use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3. **T**he Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

4. **T**he Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

5. **S**tate Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. **T**he state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7. **T**raveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8. **U**nder the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. **W**here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. **T**he claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. **F**or a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or

*A*boriginal and *J*ndigenous *P*eoples' Documents: *N*orthwest *A*mexem / *N*orth *A*frica / *N*orth *A*merica / '*T*he *M*oroccan *E*mpire' – Continental United States: '*T*emple of the *M*oon and *S*un': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page 4 of **8 MACN-A002_Judicial Notice and Proclamation**

  


penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. **If** any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 2111 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "**Lack** of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**Whereas**, In light of the foregoing Jurisprudence 'Stare Decisis' and 'Res Judicata' affirmed and declared by the Supreme Court Decisions; by Facts, and by Law; and counter to the negative and 'colorable' social and political conditions instituted by corporate State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic *(U.S.A.)*, and by its agents, personnel, contractors, and assigns. Maxims and Axioms are lawfully, legally in force under National and International Law attending to these issues. And this Affiant *(Natural Being - In Propria Persona)* does not abandon any of my Estate Rights; do not waive any Substantive Rights; does not transfer 'Power of Attorney' to any foreigner; and does not willingly consent to any public trial or ministerial hearing in any 'colorable' tribunal venue or involvement with any non-Article III, unconstitutional jurisdiction. The Official Oaths and Bonds; the Obligations; and the Fiduciary duties of all accusers and proof-bound 'claimants' to National Constitution and Treaty Law and Order; the Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal Law violation and International Law offence and Trespass.

**Whereas**, there is no question that a 'Bench Appearance Summons', a Detention, an Arrest and a Ticket or Citation, issued by a Police [Officer] or by others, against the people, for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**That** the Organic United States Republic Constitution *(derived from Ancient Moabite / Moorish Law)* remains 'The Supreme Law of the Land'; and all Treaties made, or which shall be made, under the Authority of The United States Government, and under its Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law or colorable processes which are Repugnant to the Constitution or Treaty shall remain forever *'colorable'* and are Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 *(1803)*. Any Municipal Officer(s), Person(s), Personnel, Employee(s) or Contractor(s) who violate or abridge the Rights of the Natural People or Citizens, are subject to suit or other tort action, in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be*

*Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire'* – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page **5 of 8 MACN-A002_Judicial Notice and Proclamation**






*sentenced to death.*

## 𝒯itle 18, Part 1, Chapter 13 §242 of United States Codes of Law:

𝒲*hoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

𝒯herefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

𝒲herefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

ℰxplicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and

𝒜boriginal and 𝒥ndigenous 𝒫eoples' Documents: 𝒩orthwest 𝒜nexem / 𝒩orth 𝒜frica / 𝒩orth 𝒜merica / '𝒯he 𝒜oroccan ℰmpire' – Continental United States: '𝒯emple of the 𝒜oon and 𝒮un': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page **6** of **8 MACN-A002_Judicial Notice and Proclamation**







Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, or acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

**R**epresent means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest'; a 'Conflict of Law'; and clearly establish the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality and International Law, etc. Thus, a clear and documented 'Averment of Jurisdiction / Quo Warranto' is also hereby proclaimed and advanced to all parties of interest. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal / Indigenes of the Land! Thus, only Moors can **'Present' 'Self'**!

**I**, **A'zaam Walee Bey**, being a real, live flesh and blood, breathing, Divine and Natural Being - born sanguineous of a natural, thinking and animated Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true. This 'Notice' is constructed to the best of my knowledge, conjoined to my Culture, Customs and Beliefs; being actual, factual, and restorative in nature to my ancient Traditions and Customs; presented as correct, and not misleading, etc.; - being the Truth, the whole Truth, and nothing but the Truth. As with our ancient Traditions and Customs, I entreat to all:

**H**ibu *(Love)*, **H**aqq *(Truth)*, **S**alaam *(Peace)*, **H**urryatun *(Freedom)*, **A**dl *(Justice)*,
**A**ll Rights Reserved Without Prejudice; U.C.C. 1-207 / 308, U.C.C. 1-103.

**I** Am: _A'zaam Walee Bey_
*N*atural Person - In Propria Persona, Sui Juris, and Sui Heredes – In Solo Proprio: Authorized Representative; All Rights Reserved

**A**boriginal / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se, Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Heirs and Inheritors of the Lands *(Territories)* – (North America, Central America, South America, and the Adjoining Islands - Al Moroc / Ameru / Americana).

**W**itness: _____

**A**boriginal and **I**ndigenous **P**eoples' Documents: *N*orthwest **A**mexem / *N*orth **A**frica / *N*orth **A**merica / '*T*he **M**oroccan **E**mpire' – Continental United States: '*T*emple of the **M**oon and **S**un': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.






*N*atural Person - In Propria Persona – Sui Juris, Sui Heredes – In Solo Proprio: All Rights Reserved

*W*itness:_____

*N*atural Person - In Propria Persona – Sui Juris, Sui Heredes – In Solo Proprio: All Rights Reserved

\* \* \* \* \* \*

- *B*y Special Appearance, before me on Day __24ᵗ__ of __April__, 2020 CCY = 1438 M.C., and in Honor, the Divine Natural Being, **A'zaam Walee Bey**, Affirms that He / She is a Descendant / Heir, Natural Person / Divine Being herein named, standing 'In Full Life', existing in His / Her own Proper Person; meeting the primal 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being of descendible age and competence; and being lawfully qualified and competent to execute this Document of Affidavit. I therefore place my hand, my autograph and my seal thereto.

*C*hronos:
Day: __24ᵗ__   Month: __April__   Year: __2020 (ccy)__

*I* Am: _____

Vizier / Minister / Consul: *N*atural Person - In Propria Persona, Sui Juris, Sui Heredes – In Solo Proprio: Authorized Representative; All Rights Reserved, Free Moor / Muur

*N*orthwest *A*mexem / *N*orthwest *A*frica / *N*orth *A*merica / 'The *N*orth *G*ate'

*Seal*



*A*boriginal and *I*ndigenous *P*eoples' Documents: *N*orthwest *A*mexem / *N*orth *A*frica / *N*orth *A*merica / Continental United States: 'Temple of the *M*oon and *S*un': Non – Domestic, Non – Resident, Non-Subject and Inheritors of the Land.

Page **8** of **8** MACN-A002_Judicial Notice and Proclamation